United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAWIT HAILEMARIAM,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

Defendant.

Case No. 26-cv-12521-SVK

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable James Donato for consideration of whether the case is related to 26-cv-09686-JD, *Adams v. Federal Express Corporation*.

**IT IS SO ORDERED.**

Dated: October 27, 2026

SUSAN VAN KEULEN
United States Magistrate Judge